## DEVINE SEAFOOD, INC. ET AL. *v.* ATTORNEY GENERAL OF MARYLAND

[No. 132, September Term, 1977.]

*Decided May 4, 1978.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, LEVINE, ELDRIDGE and ORTH, JJ.

*Gary A. Graham* for appellants.

*Jack J. Shapiro, Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General, Jon F. Oster, Deputy Attorney General,* and *John N. Ruth, Assistant Attorney General,* on the brief, for appellee.

---

## O R D E R

The petition for writ of certiorari having been granted and heard, it is this 4th day of May, 1978

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, petition having been improvidently granted; each party to pay its own costs.